AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
District of Maine

United States of America
v.
Eric Malmstrom

*Defendant(s)*

Case No. 2:18-mj-99-JHR

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
MAR 09 2018
CHRISTA K. BERRY, CLERK
BY _____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   between 10/10/17 and 3/6/18   in the county of   Knox & York   in the _____ District of   Maine  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | The defendant knowingly and willfully transmitted in interstate commerce communications containing threats to injure the person of another. Specifically, the defendant placed telephone calls from Maine to Washington, D.C, and threatened to cause injury to personnel of the Embassy of Sweden. |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Matthew Fasulo, United States Secret Service

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Matthew Fasulo, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/09/2018

_____
*Judge's signature*

City and state:   Portland, Maine   John H. Rich III, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew B. Fasulo, being first duly sworn, state as follows:

## AFFIANT'S BACKGROUND

1. I am a Special Agent with the United States Secret Service (USSS), and have been so employed since 1998. I received formal training at the Federal Law Enforcement Training Center in Glynco, Georgia, and the United States Secret Service Academy in Beltsville, Maryland. I am currently assigned to the United States Secret Service, Portland Resident Office.

2. I submit this Affidavit in support of a criminal complaint charging Eric Malmstrom with transmitting threatening communications in interstate commerce, in violation of 18 U.S.C. § 875(c).

3. I make this Affidavit based on my personal investigation, my training and experience, my review of relevant documents, and conversations that I have had with other law enforcement officers and agents involved in this investigation.

## RESULTS OF INVESTIGATION

4. Based on information provided by other law enforcement officers, I know that Eric Malmstrom is a U.S. citizen and resident of the state of Maine. He was born in June 1978.

5. Since September 22, 2017, the Embassy of Sweden, located in Washington, D.C., has received hundreds of harassing and threatening phone calls and voicemail messages from Malmstrom. Many of these calls were made after business hours. Per Embassy protocol, calls made after-hours are logged by the Swedish government, and forwarded to a governmental office in Stockholm, Sweden. The investigation revealed the following:

6. The first call occurred on September 22, 2017. At this time, the Embassy of Sweden received a telephone call from an unknown male caller. This call was logged, and

forwarded to a governmental office in Sweden. In the call, the unknown male caller stated, "I'm going to shove a knife up everyone's daughters' cunts because they are all bitches and cunts."

7.      On October 2, 2017, at approximately 8:30 a.m., the same unknown male caller telephoned the Embassy of Sweden. He spoke with a security officer at the Embassy and stated, "Do you know how to take a girl's virginity? You shove a knife right up her cunt. I'll blow all your fucking heads off, watch." On that same date, the same male caller made two more phone calls to the Embassy. The same security officer was able to confirm through caller ID that the calls were made from the telephone number 207-863-9301. Also, in the third call, the unknown male caller identified himself as "Eric McCain." Additionally, the security officer was able to determine that the same individual made these calls based on voice recognition, caller ID, and same subject matter.

8.      The USSS confirmed that the telephone number, 207-863-9301, was a landline and was registered to a Randall W. Farnham of 234 Pequot Road, Vinalhaven, Maine.

9.      On October 10, 2017, the same unknown male caller made multiple calls to the Embassy of Sweden. These calls were logged, and forwarded to a governmental office in Sweden. Specifically, at approximately 2:30 p.m., the same unknown male caller stated, "For all the pain that you fucking Swedes have caused me, I want to stab you all so fucking hard you all die." Also, at approximately 3:08 pm, the same unknown caller stated, "I want to shove a knife up King Carl's ass, and your cunt." Embassy personnel explained that "King Carl" referred to the King of Sweden, Carl XVI Gustaf of Sweden.

10.     Over the last six months, the same unknown male caller has continued to contact the Embassy of Sweden by phone and make threatening and harassing calls. During these calls, he had multiple contacts with a female employee of the Embassy's Consular Section ("Consular

2

employee"). He repeatedly identified himself to her as "Eric Malmstrom." He explained to her that he was from Vinalhaven, Maine, where he lived with his sister and brother-in-law. He also explained that he was of Swedish descent.

11. The Embassy of Sweden reported that recently the volume of the calls from Malmstrom has increased substantially. The Embassy reported that Malmstrom makes on average approximately ten calls per day. During one week in late January-early February, 2018, while the Consular employee was out of the office, Malmstrom left 166 voice messages for the Consular employee. The call volume has interfered with Embassy personnel's ability to respond properly to voicemails from legitimate callers on official Embassy business.

12. On November 4, 2017, officers from the Knox County Sheriff's Office in Maine conducted a welfare check on Malmstrom's residence in Vinalhaven, Maine. The officers confirmed that he resided at the residence with his sister, Virginia Farnham, and her husband, Randall Farnham. The officers also confirmed that the telephone number belonged to the residence landline and that the Malmstrom had access to that line. Malmstrom, who was present during the welfare visit, denied making any such calls to the Embassy. Malmstrom, however, advised the officers that he is of Swedish descent and that he previously traveled to Sweden. Malmstrom indicated that he was upset with the Swedish government because he felt that it had ignored him.

13. USSS was able to confirm with the U.S. Department of State that Malmstrom did in fact travel to Sweden in 2000, and that he currently does not possess a valid passport.

14. After the welfare visit, Malmstrom called the Consular employee in Washington, D.C. and voiced his anger for sending the police to his house. He called her a "bitch" and stated

that his "sister is not going to like this." He also stated that if his sister got upset, she might take away his phone privileges.

15. On February 23, 2018, Malmstrom called the Embassy of Sweden and spoke with the Consular employee. He threatened to slit her throat and the throats of her two "beautiful boys." Again, Malmstrom had self-identified as "Eric Malmstrom" and the Consular employee recognized his voice from prior calls.

16. On February 28, 2018, Malmstrom called the Embassy of Sweden and spoke with the Consular employee and another individual. Malmstrom stated, "All I want to do is slit her throat and watch her blood pour out."

17. On March 5, 2018, Malmstrom called the Embassy of Sweden and spoke with the Consular employee. He stated that he was planning on coming to D.C. to slit her throat. He further stated that he was taking a ferryboat to Rockland to stay with his sister, "Nada," and her husband for a few days. USSS has confirmed that Malmstrom has a sister who lives in Rockland, Maine.

18. On March 6, 2018, Malmstrom called the Embassy of Sweden and spoke with the Consular employee. He told her that he will be heading south over the weekend, and that he is going to slit her throat and dump her body in the river outside her office. This call was made from a new number, 207-850-4255. USSS was able to confirm that this landline number is registered to an individual from Sanford, Maine.

19. On March 9, 2018, Malmstrom called the Embassy of Sweden and spoke with the Consular employee. He advised that he was staying with a relative in Sanford, Maine.

## CONCLUSION

20.  Based on the abovementioned facts, I submit there is probable cause to believe that between about October 10, 2017, and March 6, 2018, Eric Malmstrom transmitted communications in interstate commerce containing threats to injure the person of another, in violation of 18 U.S.C. § 875(c).

Matthew B. Fasulo
Special Agent
United States Secret Service


Subscribed and sworn before me this 9th day of March, 2018.

Hon. John H. Rich III
United States Magistrate Judge