UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 APR 13 P 2: 12

UNITED STATES OF AMERICA )
)
v. ) Case No. 2:18-cr-00052-DBH
) (18 U.S.C. § 875(c))
ERIC MALMSTROM )
)

DEPUTY CLERK

## INDICTMENT

The Grand Jury charges that:

## COUNTS ONE THROUGH FOUR
### (Transmitting Threatening Interstate Communications)

On about the following dates, in the District of Maine, the defendant,

**ERIC MALMSTROM,**

knowingly and willfully transmitted in interstate commerce communications containing threats to injure the person of another:

| COUNT | DATE |
|---|---|
| One | February 23, 2018 |
| Two | February 28, 2018 |
| Three | March 5, 2018 |
| Four | March 6, 2018 |

Specifically, on each of the above dates, **MALMSTROM** placed a telephone call from Maine to Washington, D.C., and during the call threatened to slit the throat of Z.B.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL,
Signature Redacted - Original on File

FOREPERSON

_____
Assistant U.S. Attorney

Date: 4/13/18